United States District Court
Southern District of Texas
FILED
APR - 0 2017
Clerk of Court

United States District Court
Southern District of Texas
FILED
APR 0 7 2017
David J. Bradley, Clerk of Court

SEALED RECORD

CASE NO. B-16-MC-246
INSTRUMENT NO. 15/16

DESCRIPTION OF CONTENTS: Application to postpone & proposed order
Order Signed 4-6-17